UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

RENEE HOLLAND,

    Plaintiff,　　　　　　　　　　　　　　Case No. 21-10364
　　　　　　　　　　　　　　　　　　　　　　Honorable Victoria A. Roberts
v.

COMMISSONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF No. 13]

On August 10, 2022, Magistrate Judge Anthony P. Patti issued a Report and Recommendation [ECF No. 13]. He recommends DENYING Plaintiff's Motion for Summary Judgment [ECF No. 10] and GRANTING Defendant's Motion for Summary Judgment [ECF No. 11].

Neither party filed objections within the fourteen-day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court **ADOPTS** the Report and Recommendation.

The Court **GRANTS** Defendant's motion, **DENIES** Plaintiff's, and **AFFIRMS** the Commissioner of Social Security's decision.

Judgment will enter in favor of Defendant.

2

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: August 26, 2022